```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv2006 (DLC)
ROMAN TERESHCHENKO,                      :
                                         :        ORDER
                           Petitioner,   :
                                         :
              -v-                        :
                                         :
YASAMIN KARIMI,                          :
                                         :
                           Respondent.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case has been assigned to me for all purposes.  It is hereby

ORDERED that a conference shall be held in this case on **March 21, 2023 at 3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that counsel for petitioner shall promptly serve respondent with this Order and the petition and shall, by **March 17, 2023**, file proof of such service on ECF.

Dated:   New York, New York
         March 13, 2023

                                         _____
                                              DENISE COTE
                                         United States District Judge