# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

March 20, 2023

Honorable Judge Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   RE: *Tereshchenko v. Karimi*
     <u>Case No: 23-cv-2006</u>

Dear Judge Cote,

  This firm represents Petitioner Roman Tereshchenko in the above-referenced proceeding. We write this letter pursuant to this Court's Order ("Order") scheduling this matter for a conference on March 21, 2023 and directing service on Respondent by March 17, 2023. ECF No. 3.

  At this time, we have been unable to serve Respondent and we are currently corresponding with the United States State Department in order to locate Respondent within New York. The U.S. State Department is the designated Central Authority in the U.S. assigned to oversee international child abduction cases. I am hopeful that we will have further information that will allow us to find and serve Respondent in the next few weeks.

  Therefore, it is respectfully requested that the conference scheduled for March 21, 2023 be vacated and that Petitioner be directed to submit a status letter by April 3, 2023 regarding the scheduling of a conference and Respondent's whereabouts in New York.

  Thank you for your consideration in this matter.

*[Handwritten note: The conference is cancelled. A status report is due 4/7/23. Denise Cote 3/20/23]*

Respectfully Submitted,

*Richard Min*
Richard Min, Esq.