**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of M.T. and K.T.     ) | |
|     ) | |
| ROMAN TERESHCHENKO,     ) | |
|     ) | |
|     Petitioner,     ) | |
|     ) | |
| vs.     ) | No. 23-cv-2006 (DLC) |
|     ) | |
| YASAMIN KARIMI     ) | |
|     ) | |
|     Respondent.     ) | |

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 et seq.**

Before the Court is the Petitioner's Motion for Alternate Service. This Order addresses the Petitioner's motion and request to reschedule the show cause hearing. Upon considering the Motion for Alternate Service and the entire record in this case, it is this _26th_ day of May, 2023:

ORDERED that Respondent, Yasamin Karimi, or her attorneys, show cause before this Court, at the United States Courthouse, United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 18B, New York, New York on the _9th_ day of _June_, 2023 at _3⁰⁰_ o'clock in the _afternoon_ thereof, or as soon thereafter as counsel can be heard, why an order should not be made and entered granting the Petitioner the following relief:

a. Pursuant to Article 11 of the Hague Convention on the Civil Aspects of International Child Abduction, setting an expedited hearing on the Petition and communicating that hearing date and time to Petitioner so that Petitioner may provide notice of these proceedings and the hearing to Respondent pursuant to 22 U.S.C. § 9003(c); and

b. Issue an order following the hearing, directing that M.T. and K.T. shall be returned to the care, custody, and control of Petitioner pursuant to Articles 1(a) and 12 of the Hague Convention; and

c. Issue an order prohibiting the removal of the Children from the jurisdiction of this Court pending a hearing on the merits of the Verified Petition, and further providing that no person

acting in concert or participating with Respondent shall take any action to remove the Children from the jurisdiction of this Court pending a determination on the merits of this case; and

d.  Issue an immediate order that Respondent surrender any and all of her passports and all of the passports of the Children; and

e.  Issue an order directing Respondent to pay Petitioner for all costs and fees incurred to date by reason of the Children's wrongful retention pursuant to 22 U.S.C. § 9007(b)(3) and the Hague Convention, Article 26; and

f.  any such further relief as justice and its cause may require; and it is further

ORDERED that pending the hearing and determination of this application and the entry of an Order thereon, the Respondent, or any person acting in concert or participation with Respondent, is prohibited from removing the Children, M.T. and K.T., born in 2016 and 2017, respectively, from the jurisdiction of the Southern District of New York; and it is further

ORDERED that ~~pending the hearing and determination of this application and the entry of an Order thereon~~, Respondent shall , bring to the hearing for ~~immediately~~ deposit with the Clerk of the Court any and all passports or other travel documents in the names of M.T. and K.T., which shall be held for safekeeping by the Court; and it is further

ORDERED that a copy of this Order, a copy of all previously entered orders, and all pleadings and papers shall be served on the Respondent on or before the 3/ st day of May , 2023 as follows:

A.  Petitioner's process server shall affix this this Order, a copy of all previously entered orders, and all pleadings and papers on the door of the Respondent's apartment located at 401 East 60th Street, Apt. 9K New York, NY 10022; or in the alternative that Petitioner's process shall leave this Order, a copy of all previously entered orders, and all pleadings and papers with a person of suitable age and discretion at

Respondent's apartment located at 401 East 60th Street, Apt. 9K New York, NY

10022; and to thereafter file proof of service; and

B.     Petitioner's counsel shall mail this Order, a copy of all previously entered orders, and

all pleadings and papers to Respondent's apartment located at 401 East 60th Street,

Apt. 9K New York, NY 10022 and for the Father's counsel to thereafter file proof of

service; and

C.     Service be considered complete upon the filing of proof of service.


_____

United States District Judge


_____

Date