```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROMAN TERESHCHENKO,                      :
                                         :
                         Petitioner,     :   23cv2006 (DLC)
                                         :
            -v-                          :   ORDER
                                         :
YASAMIN KARIMI,                          :
                                         :
                         Respondent.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the conference held on June 9, 2023, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. This case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

2. Any motion to dismiss or other response to the petitioner's application is due June 19, 2023. The petitioner's opposition is due June 23. Any reply is due June 27. At the time any papers are filed, the filing party shall deliver two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

3. A hearing in this case shall be held on June 30, 2023 at 9:30 a.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

Dated:   New York, New York
         June 12, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge