```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
ROMAN TERESHCHENKO,                       :
                                          :   23cv2006 (DLC)
                         Petitioner,      :
                                          :        ORDER
              -v-                         :
                                          :
YASAMIN KARIMI,                           :
                                          :
                         Respondent.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

A conference in this case was held on June 9, 2023. On May 26, 2023, the respondent was ordered to bring to that conference any and all passports or other travel documents for M.T. and K.T. to be held for safekeeping by the Court. During the conference, counsel for the respondent indicated that the respondent could not locate the current passports for M.T. and K.T. Instead, pursuant to the Court's instructions, the respondent provided her Ukrainian passport to the Court. Accordingly, it is hereby

ORDERED that the Clerk of Court shall retain possession of the respondent's Ukrainian passport unless and until this Court

determines that the passport may be returned to the respondent.

Dated: New York, New York
       June 12, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge