AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

ROMAN TERESHCHENKO
                Plaintiff (s),
V.
YASAMIN KARIMI
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23-cv2006(DLC)

Notice is hereby given that, subject to approval by the court, **Yasamin Karimi** (Party (s) Name) substitutes **Justine Stringer** (Name of New Attorney), State Bar No. **5252770** as counsel of record in place of **Valerie S. Wolfman** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name:    Krauss Shakness Tallentire & Messeri, LLP
    Address:    350 Fifth Avenue, Suite 7620 New York, NY 10128
    Telephone:    (212) 228-5552    Facsimile (646) 710-4570
    E-Mail (Optional):    jstringer@kstmlaw.com

I consent to the above substitution.
Date: 6/15/2023
(Signature of Party (s))

I consent to being substituted.
Date: 6/15/2023
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/15/2023
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]