AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | |
|---|---|
| ROMAN TERESHCHENKO </br>*Plaintiff* </br> v. </br> YASAMIN KARIMI </br>*Defendant* | ) ) ) ) ) ) Case No. 23-cv-2006(DLC) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

YASAMIN KARIMI

Date:   06/15/2023

*Attorney's Signature*

Justine Stringer  5252770
*Printed name and bar number*
350 Fifth Avenue, Suite 7620
New York, NY 10128

*Address*

jstringer@kstmlaw.com
*E-mail address*

(212) 228-5552
*Telephone number*

(646) 710-4570
*FAX number*