AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

ROMAN TERESHCHENKO
    Plaintiff(s),
V.
YASAMIN KARIMI
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23-cv2006(DLC)

Notice is hereby given that, subject to approval by the court, **Yasamin Karimi** (Party (s) Name) substitutes **Valentina Shaknes** (Name of New Attorney), State Bar No. **4629580** as counsel of record in place of **Valerie S. Wolfman** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Krauss Shakness Tallentire & Messeri, LLP
Address: 350 Fifth Avenue, Suite 7620 New York, NY 10128
Telephone: (212) 228-5552        Facsimile: (646) 710-4570
E-Mail (Optional): vshaknes@kstmlaw.com

I consent to the above substitution.
Date: 6/15/2023
(Signature of Party (s))

I consent to being substituted.
Date: 6/15/2023
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/15/2023
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]