UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In the Matter of M.T. and K.T.,

ROMAN TERESHCHENKO,

                Petitioner,                Case No: 23-CV-2006

      -against-

YASAMIN KARIMI,

                Respondent.
------------------------------------------------------------------ X

## NOTICE OF MOTION TO DISMISS THE PETITION

PLEASE TAKE NOTICE that upon the Petition, dated March 8, 2023, and the accompanying Memorandum of Law in Support of Respondent's Motion to Dismiss the Petition, Respondent will move this Court before the Honorable Denise Cote, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, at a date and time to be designated by the Court, for an Order granting Respondent's motion to dismiss the Petition pursuant to Rule 12(b)(1) of the Federal Civil Rules of Procedure.

Dated: New York, New York
       June 20, 2023

                                              KRAUSS SHAKNES TALLENTIRE
                                              & MESSERI LLP

                                              By: _____
                                                    Valentina Shaknes
                                                    Justine Stringer
                                             350 Fifth Avenue, Suite 7620
                                             New York, New York 10118
                                             (212) 228-5552
                                             vshaknes@kstmlaw.com
                                             jstringer@kstmlaw.com

                                             *Attorneys for Respondent*

To:    Richard Min, Esq.
Michael Banuchis, Esq.
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
(212) 681-6400
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com

*Attorneys for Petitioner*

(via ECF)