```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
 ROMAN TERESHCHENKO,                      :
                                          :
                          Petitioner,     :    23cv2006 (DLC)
                                          :
              -v-                         :         ORDER
                                          :
 YASAMIN KARIMI,                          :
                                          :
                          Respondent.     :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 21, the parties submitted a letter requesting clarification of various deadlines. It is hereby

ORDERED that the respondent's response to the petition is due June 21 at 11:59 p.m. The petitioner's reply is due June 26 at 12:00 p.m.

Dated:   New York, New York
         June 21, 2023

_____
       DENISE COTE
United States District Judge