```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
ROMAN TERESHCHENKO,                      :
                                         :   23cv2006 (DLC)
                         Petitioner,     :
                                         :      ORDER
             -v-                         :
                                         :
YASAMIN KARIMI,                          :
                                         :
                         Respondent.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    During a conference held on June 9, 2023, the respondent's passport was provided to the Court. On June 12, the Clerk of Court was directed to retain the passport under seal pending further order of the Court. On June 16, the parties requested copies of the passport. That same day, the Court granted the parties' request and indicated that copies would be provided by the Court. On June 20, the Court provided the parties with copies of the respondent's passport by sending them over email, the parties' agreed-upon method of delivery.

Dated:    New York, New York
           June 23, 2023

                                                DENISE COTE
                                   United States District Judge