```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROMAN TERESHCHENKO,                      :
                                         :    23cv2006 (DLC)
                      Petitioner,        :
                                         :         ORDER
          -v-                            :
                                         :
YASAMIN KARIMI,                          :
                                         :
                      Respondent.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 21, 2023, the petitioner submitted a motion for two witnesses -- the petitioner himself and a proffered expert in Ukrainian law, Oksana Voynarovska -- to appear at the June 30 hearing remotely. Having reviewed the motion, it is hereby

ORDERED that the request for Voynarovska to appear remotely is denied. If Voynarovska cannot attend the hearing in person she may, in accordance with the schedule for expert disclosures in this case, submit an affidavit containing her testimony.

IT IS FURTHER ORDERED that the petitioner's request to appear remotely is denied. The petitioner must appear in person. If the petitioner makes a showing that he has made diligent efforts to obtain a visa and cannot be available on June 30 for the hearing despite such efforts, he may, with a proper showing, request that his testimony be taken on a future

date when he is available.

Dated:      New York, New York
            June 22, 2023

```
                          _____
                                  DENISE COTE
                          United States District Judge
```