```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROMAN TERESHCHENKO,                      :
                                         :     23cv2006 (DLC)
                        Petitioner,      :
                                         :        ORDER
            -v-                          :
                                         :
YASAMIN KARIMI,                          :
                                         :
                        Respondent.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the conference held on June 30, 2023, it is hereby

ORDERED that the following schedule shall govern any supplemental briefing on the respondent's June 20, 2023 motion to dismiss:

- Petitioner shall submit any supplemental briefing by July 10.
- Respondent shall submit any response by July 24.

IT IS FURTHER ORDERED that, in the event that the motion to dismiss is denied, the parties shall propose a schedule for the for the completion of this litigation within two weeks of the Court's decision on the motion to dismiss.

IT IS FURTHER ORDERED that the parties are instructed to participate in mediation through the Court-annexed Mediation Program to occur during the month of July.

IT IS FURTHER ORDERED that the Clerk of Court shall retain possession of the respondent's second Ukrainian passport, which respondent provided to the Court during the conference, under seal pending further Order of this Court.

Dated:   New York, New York
         June 30, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　         DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge