UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of M.T. and K.T., <br><br> ROMAN TERESHCHENKO, <br><br>                                Petitioner, <br><br> vs. <br><br> YASAMIN KARIMI, <br><br>                                Respondent. | No. 23-cv-2006-DLC |

## **PETITONER'S MOTION FOR AN ACCESS ORDER**

Petitioner Roman Tereshchenko, by and through counsel, respectfully submits this motion for an access order permitting him to have unsupervised visitation with his children, and for the reasons set forth in the accompanying Memorandum, hereby moves that the Court enter and Order:

1. Directing that Petitioner have unsupervised daily visits with the Children from 10:00 a.m. until 8:00 p.m. daily until July 11, 2023; and

2. Directing that Petitioner's counsel hold all of Petitioner's passport(s) and travel documents while Petitioner is in New York.

Dated: July 7, 2023
New York, New York

*[Handwritten annotation: Denied. The parties shall discuss a bond and petitioner's counsel shall take possession of the petitioner's passports.]*

*[Signature] 7/7/23*

Respectfully submitted,

*[Signature]*
Michael Banuchis
Green Kaminer Min & Rockmore LLP
*Attorneys for Petitioner*
420 Lexington Avenue, Suite 2821
New York, New York 10170
(212) 681-6400