```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
ROMAN TERESHCHENKO,                       :
                                          :    23cv2006 (DLC)
                          Petitioner,     :
                                          :         ORDER
            -v-                           :
                                          :
YASAMIN KARIMI,                           :
                                          :
                          Respondent.     :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the petitioner's letter dated July 26, 2023, it is hereby

    ORDERED that a conference shall be held in this case on August 9, 2023 at 2:30 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
            July 26, 2023

                                        _____
                                          DENISE COTE
                                 United States District Judge