UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ROMAN TERESHCHENKO,                     :
                                        :        23cv2006 (DLC)
                  Petitioner,           :
                                        :          ORDER
            -v-                         :
                                        :
YASAMIN KARIMI,                         :
                                        :
                  Respondent.           :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that the August 9, 2023, conference is

rescheduled to September 8 at 11:30am in Courtroom 18B, United

States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          August 8, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge