```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
ROMAN TERESHCHENKO,                        :
                                           :      23cv2006 (DLC)
                        Petitioner,        :
                                           :         ORDER
            -v-                            :
                                           :
YASAMIN KARIMI,                            :
                                           :
                        Respondent.        :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received the respondent's proposed order dated August 11, 2023, the petitioner's letter dated August 11, and the respondent's letter dated August 11, it is hereby

ORDERED that the respondent's request for the release of her passport is denied.

IT IS FURTHER ORDERED that the respondent's request to take the children, M.T. and K.T., on a one-week vacation to Disneyland or, in the alternative, to New Jersey, is granted.

Dated:   New York, New York
         August 11, 2023

                                    _____
                                              DENISE COTE
                                      United States District Judge