```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROMAN TERESHCHENKO,                      :
                                         :       23cv2006 (DLC)
                        Petitioner,      :
                                         :           ORDER
            -v-                          :
                                         :
YASAMIN KARIMI,                          :
                                         :
                        Respondent.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

A conference was held on September 8, 2023. It is hereby

ORDERED that the parties shall submit a joint status letter by **October 20, 2023.**

Dated:   New York, New York
         September 8, 2023

                                              _____
                                                     DENISE COTE
                                              United States District Judge