```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROMAN TERESHCHENKO,                      :
                                         :    23cv2006 (DLC)
                      Petitioner,        :
                                         :       ORDER
            -v-                          :
                                         :
YASAMIN KARIMI,                          :
                                         :
                      Respondent.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    Having denied the respondent's June 20, 2023 motion to dismiss, it is hereby

    ORDERED that a conference is scheduled for December 12, 2023 at 11:00am in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
           December 6, 2023

                                              _____
                                                 DENISE COTE
                                  United States District Judge