# LEAF LEGAL, P.C.
— Attorneys at Law —

Stephanie R. Schuman  
Principal Counsel & Attorney-at-Law

24 East 21st Street, 4th Floor  
New York, NY 10010  
T: (212) 933-2420  
C: (917) 563-2420

info@leaflegalpc.com

Honorable Judge Denise Cote  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    RE: Tereshchenko v. Karimi  
    Case No: 23-cv-2006

Dear Judge Cote,

  This firm represents Respondent Yasamin Karimi in the above-referenced proceeding. We write this letter pursuant to this Court's Order ("Order") scheduling this matter for a conference at 11am on December 12, 2023. We are incoming counsel, retained this afternoon.

  As such, we request an adjournment of the December 12th conference to allow fpr scheduling conflicts, time needed to prepare, and time needed for our co-counsel, the Kepanis Law Firm PC to waive-in.

  We respectfully requested that the conference be rescheduled for no sooner than Tuesday, December 19, 2023.

  Thank you for your consideration of this issue.

            Respectfully Submitted,  
            _____/s/_____  
            Stephanie R. Schuman, Esq.

*[Handwritten note:]* Any change of counsel must be approved by the Court. Any request to adjourn the conference should reflect consultation with petitioner's counsel. Application is denied without prejudice to renewal.

*Denise Cote*  
*12/4/23*