✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

ROMAN TERESHCHENKO
               Plaintiff (s),

V.

YASAMIN KARIMI
               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23-CV-2006 (DSL)

Notice is hereby given that, subject to approval by the court, __YASAMIN KARIMI__ substitutes
(Party (s) Name)

__STEPHANIE SCHUMAN__, State Bar No. __5542725__ as counsel of record in
(Name of New Attorney)

place of __Krauss Shaknes Tallentire & Messeri LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LEAF LEGAL PC
    Address: 24 E 21ST ST. #4
    Telephone: (917) 403-4714    Facsimile
    E-Mail (Optional): STEPHANIE@LEAFLEGALPC.COM

I consent to the above substitution.
Date: 12/11/2023
                           (Signature of Party (s))

I consent to being substituted.
Date: 12/11/2023
                           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/11/2023
                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**