

**Krauss Shaknes Tallentire & Messeri LLP**
350 Fifth Avenue, Suite 7620, New York, NY 10118
Main: (212) 228-5552 │ Fax: (646) 710-4570

December 11, 2023

VIA PACER

Judge Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    *Roman Tereshchenko v. Yasamin Karimi*
                 Case No: 23-cv-2006

Dear Judge Cote:

      This firm formerly represented Respondent, Yasamin Karimi. We were discharged by Ms. Karimi earlier today and just received and executed the consent to change attorney.

      Pursuant to today's Order, we understand that the substitution of counsel must be approved by the Court. As we previously notified Petitioner's counsel, both Ms. Stringer and I, Ms. Karimi's former two lead attorneys, are scheduled to be in court on other matters at the time of the conference that is scheduled for 11:00am tomorrow, December 12, 2023, and no one else from our office is available to appear. As Mr. Min's letter to the Court confirms, prior to our discharge from the case, we conferred with Petitioner's counsel and determined that all counsel were available to appear on the afternoon of Wednesday, December 13, 2023. We are still prepared to make ourselves available at that time if the Court requires our appearance.

      We thank the Court for its time and consideration of the matter.

                                                      Respectfully Submitted,

                                                      Valentina Shaknes

TO:    All counsel (via Pacer)