UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                   :

ROMAN TERESHCHENKO,               :

                                 :        23cv2006 (DLC)
                     Petitioner,    :

                                 :         ORDER
           -v-                    :

                                 :

YASAMIN KARIMI,                :

                                 :

                     Respondent.   :

                                 :
-----------------------------------------X

DENISE COTE, District Judge:

    Having received the respondent's December 11, 2023 letter,

it is hereby

    ORDERED that the December 12, 2023 conference is

rescheduled to **December 13, 2023** at **3:30pm** in Courtroom 18B,

United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          December 12, 2023

                            _____
                                  DENISE COTE
                     United States District Judge