```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ROMAN TERESHCHENKO,                     :
                                        :         23cv2006 (DLC)
                        Petitioner,     :
                                        :            ORDER
            -v-                         :
                                        :
YASAMIN KARIMI,                         :
                                        :
                        Respondent.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the conference held on December 13, 2023, it is hereby

ORDERED that an evidentiary hearing is scheduled for January 3, 2024, at 9:30 a.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the following schedule shall govern the further conduct of this litigation.

1. Supplemental exhibit lists, exhibits, witness lists, witness affidavits, and expert reports shall be exchanged by December 21, 2023.

2. Rebuttal witness affidavits shall be exchanged on December 28, 2023.

IT IS FURTHER ORDERED that at the time each of the above documents is served, counsel will provide the Court with one (1) electronic set of all exhibits, one (1) hardcopy of key exhibits, and two (2) courtesy copies of all other documents.

Counsel shall send the electronic versions to the Court's Chambers email: Cotenysdchambers@nysd.uscourts.gov.  The case name, case number, and email contents should be clearly set forth in the email's subject line.

Dated:   New York, New York
         December 13, 2023

                                        _____
                                             DENISE COTE
                                        United States District Judge