# LEAF LEGAL, P.C.
— Attorneys at Law —

Stephanie R. Schuman  
Principal Counsel & Attorney-at-Law

24 East 21st Street, 4th Floor  
New York, NY 10010  
T: (212) 933-2420  
C: (917) 563-2420

info@leaflegalpc.com

December 19, 2023

Honorable Judge Denise Cote  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

RE: Tereshchenko v. Karimi  
Case No: 23-cv-2006

Dear Judge Cote,

This firm represents Respondent Yasamin Karimi in the above-referenced proceeding.

We write this joint letter motion as both parties, on consent, respectfully request that the Court allow witnesses to testify remotely.

Thank you for your consideration of this issue.

Respectfully Submitted,  
_____/s/_____  
Stephanie R. Schuman, Esq.

> The hearing will proceed in the courtroom. If there are foreign witnesses who the parties desire to testify, they should be identified by 12/20/23 in a letter that indicates whether there is consent by the adversary.
> 
> Denise Cote  
> 12/19/23