```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
 ROMAN TERESHCHENKO,                      :
                                          :
                           Petitioner,    :    23cv2006 (DLC)
                                          :
              -v-                         :         ORDER
                                          :
 YASAMIN KARIMI,                          :
                                          :
                           Respondent.    :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having reviewed the parties' letters of December 21, it is hereby

ORDERED that the respondent's request that her submissions for the January 3, 2024 hearing, delivered on December 21, replace any prior submissions that were made in connection with the hearing is granted.

IT IS FURTHER ORDERED that the respondent's request that the petitioner be ordered to destroy such prior submissions is denied.

Dated:   New York, New York
         December 22, 2023

*/s/ Denise Cote*
DENISE COTE
United States District Judge