```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROMAN TERESHCHENKO,                     :
                                        :
                    Petitioner,         :   23cv2006 (DLC)
                                        :
          -v-                           :       ORDER
                                        :
YASAMIN KARIMI,                         :
                                        :
                    Respondent.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order of January 8, 2024, granted the petition and required the respondent to "cooperate fully" with the "forthwith" return of the children to their Father to reside at his home in France. On January 12, the parties submitted a joint status letter indicating they had not yet reached agreement regarding the return of the children to the petitioner. Accordingly, it is hereby

ORDERED that the petitioner shall file by noon on January 17, 2024 a plan for returning the children forthwith to petitioner to reside in France. Any objection to the plan must be filed by 5:00 P.M. that day.

IT IS FURTHER ORDERED that there shall be a conference on January 18 at 11:30 A.M. in Courtroom 18B at the United States

Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  New York, New York
        January 12, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge