```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ROMAN TERESHCHENKO,                   :
                                      :
                    Petitioner,       :         23cv2006 (DLC)
                                      :
        -v-                           :            ORDER
                                      :
YASAMIN KARIMI,                       :
                                      :
                    Respondent.       :
                                      :
-------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the January 3, 2024

hearing and stated in the Opinion of January 8, it is hereby

ORDERED that the Clerk of Court shall enter judgment for

Roman Tereshchenko on his petition of March 8, 2023, brought

pursuant to the Hague Convention on the Civil Aspects of

International Child Abduction, Oct. 25, 1980, T.I.A.S. No.

11670, 1343 U.N.T.S. 89.


Dated:     New York, New York
           January 18, 2024

                                   _____
                                           DENISE COTE
                                   United States District Judge