UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ROMAN TERESHCHENKO,

                Petitioner,

  -against-                                        23 **CIVIL** 2006 (DLC)

                                                                            **<ins>JUDGMENT</ins>**

YASAMIN KARIMI,

                Respondent.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 18, 2024, and the reasons stated on the record at the January 3, 2024 hearing and stated in the Opinion of January 8, judgment is entered for Roman Tereshchenko on his petition of March 8, 2023, brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, T.I.A.S. No. 11670, 1343 U.N.T.S. 89.

**Dated:**  New York, New York

       January 18, 2024

                                                                    **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                   **BY:**   _____
                                                                      **Deputy Clerk**