```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ROMAN TERESHCHENKO,                       :
                                          :
                        Petitioner,       :    23cv2006 (DLC)
                                          :
            -v-                           :         ORDER
                                          :
YASAMIN KARIMI,                           :
                                          :
                        Respondent.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the petitioner's March 25, 2024 motion for attorney's fees, it is hereby

ORDERED that the respondent shall file any opposition to the motion by April 8, 2024. The petitioner's reply, if any, shall be filed by April 15. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 26, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge