**MANDATE**

1:23-cv-02006-DLC

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-four.

Before:  Susan L. Carney,
         Richard J. Sullivan,
         Eunice C. Lee,
              *Circuit Judges*.

---

Roman Tereshchenko,

    Petitioner - Appellee,

**JUDGMENT**

Docket No. 24-172

v.

Yasamin Karimi,

    Respondent - Appellant.

---

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is AFFIRMED in part and the case is REMANDED for proceedings consistent with the opinion of this Court.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/08/2024**