```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
 ROMAN TERESHCHENKO,                      :
                                          :
                         Petitioner,      :      23cv2006 (DLC)
                                          :
             -v-                          :            ORDER
                                          :
 YASAMIN KARIMI,                          :
                                          :
                         Respondent.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Roman Tereshchenko ("Tereshchenko") petitioned for the return of his children, M.T. and K.T., pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, T.I.A.S. No. 11670, 1343 U.N.T.S. 89. His petition was granted. Tereshchenko v. Karimi, No. 23cv2006 (DLC), 2024 WL 80427 (S.D.N.Y. Jan. 8, 2024). On May 16, the Second Circuit Court of Appeals affirmed with instructions to modify the order granting Tereshchenko's petition. Tereshchenko v. Karimi, 102 F.4th 111, 2024 WL 2202151 (2d Cir. May 16, 2024). On July 8, the mandate issued. Accordingly, it is hereby

ORDERED that M.T. and K.T. shall reside with Tereshchenko in France unless a Ukrainian court orders otherwise.

IT IS FURTHER ORDERED that Tereshchenko shall make M.T. and K.T. available for Ukrainian custody proceedings to the extent required by a Ukrainian court.

IT IS FURTHER ORDERED that Tereshchenko and Karimi shall abide by the final custody determination of a Ukrainian court.

Dated:   New York, New York
         July 9, 2024

```
                                    _____
                                           DENISE COTE
                                    United States District Judge
```