```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
ROMAN TERESHCHENKO,                       :
                                          :          23cv2006 (DLC)
                      Petitioner,         :
                                          :             ORDER
          -v-                             :
                                          :
YASAMIN KARIMI,                           :
                                          :
                      Respondent.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Roman Tereshchenko ("Tereshchenko") petitioned for the return of his children, M.T. and K.T., pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, T.I.A.S. No. 11670, 1343 U.N.T.S. 89. During a conference held on June 9, 2023, the passport of respondent Yasamin Karimi ("Karimi") was provided to the Court. On June 12, the Clerk of Court was directed to retain the passport under seal pending further order of the Court.

In a letter of July 18, 2024, the respondent informed the Court that the petitioner has taken custody of the children and left the United States. The respondent requests that her passport be returned. Accordingly, it is hereby

2

ORDERED that the Clerk of Court shall return the passport of Yasamin Karimi to her or her counsel of record.

Dated:     New York, New York
           July 19, 2024

_____
DENISE COTE
United States District Judge